JAMES R. O'BEIRNE, on Behalf of Himself and all Other Bondholders of the Allegheny and Kinzua Railroad Company, Respondent, v. SPENCER S. BULLIS and MILLS W. BARSE, Appellants, Impleaded with the ALLEGHENY AND KINZUA RAILROAD COMPANY.

(Submitted March 20, 1899; decided March 24, 1899.)

Motion for reargument denied, with costs. (See 158 N. Y. 466.)

CENTRAL TRUST COMPANY OF NEW YORK, Respondent, v. MARY H. BARSE et al., Appellants.

*Central Trust Co. of New York* v. *Barse,* 24 App. Div. 624, appeal dismissed.

(Submitted March 13, 1899; decided March 24, 1899.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 13, 1898, affirming a judgment in favor of plaintiff entered upon an order of Special Term striking out the first two defenses in the answer of defendants as sham, and ordering judgment for the plaintiff upon the third defense as frivolous.

The motion was made upon the ground that no question of law is involved in the appeal, and that the order below was discretionary.

*Butler, Notman, Joline & Mynderse, Frank Sullivan Smith* and *Arthur H. Van Brunt* for motion.

No one opposed.

Motion to dismiss appeal granted, and appeal dismissed, without costs.